1  CENTER FOR DISABILITY ACCESS
2  Chris Carson, Esq., SBN 280048
   Ray Ballister, Jr., Esq., SBN 111282
3  Phyl Grace, Esq., SBN 171771
   Dennis Price, Esq., SBN 279082
4  Mail: PO Box 262490
   San Diego, CA 92196-2490
5  Delivery: 9845 Erma Road, Suite 300
   San Diego, CA 92131
6  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
7  Attorneys for Plaintiff

8  CRIS C. VAUGHAN (SBN 99568)
   VAUGHAN & ASSOCIATES
9  6207 South Walnut Street, Suite 800
   Loomis, CA 95650
10 Telephone: (916) 660-9401
   Facsimile: (916) 660-9378
11 cvaughan@adasolutionsgroup.com
   Attorney for Defendant
12 SHARMA OIL INCORPORATED

13                 UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA

15 NEHEMIAH KONG,                    ) Case No.: 8:18-CV-00840-AG-JDE
16                                   )
           Plaintiff,                ) **JOINT NOTICE OF SETTLEMENT**
17                                   )
   v.                                )
18                                   )
   SHARMA OIL INCORPORATED, a        )
19 California Corporation; and Does 1-10, )
                                     )
20         Defendants.               )
                                     )
21                                   )
                                     )
22 _____ )

23
24
25
26
27
28

Joint Notice of Settlement        -1-           8:18-CV-00840-AG-JDE

1  The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: October 21, 2018          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff

Dated: October 21, 2018          VAUGHAN & ASSOCIATES

                                 By: /s/ Cris C. Vaughan
                                     Cris C. Vaughan
                                     Attorney for Defendant

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Sharma Oil Incorporated, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: October 21, 2018            CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorney for Plaintiff