CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN 99568)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com
Attorneys for Defendants
SHARMA OIL INCORPORATED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>    Plaintiff,<br><br>v.<br><br>SHARMA OIL INCORPORATED, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 8:18-CV-00840-AG-JDE<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.


Dated: November 14, 2018         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff

Dated: November 14, 2018         VAUGHAN & ASSOCIATES

                                 By: /s/ Cris C. Vaughan
                                     Cris C. Vaughan
                                     Attorneys for Defendant

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Cris C. Vaughan, counsel for Sharma Oil Incorporated, and that I have obtained Mr. Vaughan's authorization to affix his electronic signature to this document.

Dated: November 14, 2018         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Phyl Grace
                                     Phyl Grace
                                     Attorneys for Plaintiff